**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WEC 98C-4 LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAKS INCORPORATED, <br><br> Defendant, <br><hr> TOCU II LLC, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> SAKS INCORPORATED, <br><br> Defendant. | Case No. 1:20-cv-04363 <br><br> Honorable Harry D. Leinenweber |

**MOTION TO WITHDRAW APPEARANCES**

Undersigned counsel for Plaintiff WEC 98C-4 LLC ("Plaintiff"), Taft, Stettinius & Hollister LLP ("Taft"), respectfully request permission to withdraw their appearances in this matter. Plaintiff will continue to be represented by Rachel L. Schaller and Blank Rome LLP.

Withdrawal of these appearances will not result in undue delay of these proceedings, nor will it result in prejudice to the Defendant. This Motion is intended to correct and clarify Plaintiff's current representation as reflected on the Court's docket system.

WHEREFORE, Plaintiff WEC 98C-4 LLC respectfully requests this Court grant its Motion, giving leave to withdraw the respective appearances of Jillian S. Cole, T. Hudson Cross, and Yeoeun C. Yoon and such other and further relief as this Court deems necessary and appropriate.

WHEREFORE, Taft respectfully requests the Court issue an order granting the withdrawal of their appearances.

Dated: March 13, 2024

Respectfully submitted,

WEC 98C-4 LLC

By: *s/ Jillian S. Cole*
One of its Attorneys

Jillian S. Cole (ARDC No. 6279025)
jcole@taftlaw.com
Hudson Cross (ARDC No. 6343127)
hcross@taftlaw.com
Yeoeun C. Yoon (ARDC No. 6333581)
yyoon@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Dr., Suite 2600
Chicago, Illinois 60601

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: March 13, 2024

<i>/s/ Jillian S. Cole</i>